951 F.2d 347
 Glasscock (William Earl), Reich (Charles A.), Starkey (Gary
N., Lina R.), Geisler (Gus Sr., Lena), Lane (Malvin R.,
Nancy S.), Gonzalez (Carlos G., Delia S.), Smith (William
E., Sandra), Phillips (James W., Barbara E.), Ghent (Roy B.,
Lois T.), Marsh (Charles, Leeta Fay)
v.
Armstrong Cork Co., Celotex Corp.
 NO. 90-4095
 United States Court of Appeals,
Fifth Circuit.
 Dec 02, 1991
 E.D.Tex., 946 F.2d 1085
 
 1
 DENIALS OF REHEARING EN BANC.